■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ARNOLD PITSLEY, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Oswego

County Court, Sullivan, Jr., J.—burglary, third degree.) Present—Denman, J. P., Boomer, Pine, Davis and Lowery, JJ.